(31 South. 895)

STALLWORTH v. CITY OF BIRMINGHAM. (6 Div. 524.) (Court of Appeals of Alabama. May 1, 1919.) Appeal from Circuit Court, Jefferson County; William E. Fort, Judge. Jere C. King, of Birmingham, for appellee.

PER CURIAM. Appeal dismissed for want of prosecution.

(85 South. 927)

STARKEY v. McCRARY. (8 Div. 656.) (Court of Appeals of Alabama. May 18, 1920.) Appeal from Circuit Court, Jackson County; W. W. Haralson, Judge.

BRICKEN, P. J. Appeal dismissed.

(86 South. 927)

STATE v. CITY OF BIRMINGHAM. (6 Div. 695.) (Court of Appeals of Alabama. June 29, 1920.) Appeal from Circuit Court, Jefferson County; H. C. Wilkinson, Judge. J. Q. Smith, Atty. Gen., for the State. F. G. Moore, Walter Brower, and W. K. Terry, all of Birmingham, for appellee.

BRICKEN, P. J. Reversed and remanded, on the authority of State of Alabama v. Jefferson County, ante, p. 460, 86 South. 88, and Ex parte Jefferson County, 204 Ala. 393, 86 South. 89.

(84 South. 927)

STORY v. STATE. (5 Div. 309.) (Court of Appeals of Alabama. Nov. 25, 1919.) Appeal from Circuit Court, Russell, County; J. S. Williams, Judge. J. Q. Smith, Atty. Gen., for the State.

BRICKEN, P. J. Appeal dismissed.

(87 South. 927)

STRACHAN v. STATE. (1 Div. 383.) (Court of Appeals of Alabama. Nov. 16, 1920.) Appeal from Circuit Court, Mobile County; Claude A. Grayson, Judge. J. Q. Smith, Atty. Gen., for the State.

PER CURIAM. Appeal dismissed on motion of Attorney General.

(85 South. 927)

STREET SEED & STOCK FARM CO. v. GRANT. (7 Div. 636.) (Court of Appeals of Alabama. June 8, 1920.) Appeal from Circuit Court, Talladega County; Hugh D. Merrill, Judge. Knox, Acker, Dixon & Sims, of Talladega, for appellee.

MERRITT, J. Affirmed on certificate.

(85 South. 927)

STUBBLEFIELD v. STATE. (8 Div. 675.) (Court of Appeals of Alabama. Feb. 10, 1920.) Appeal from Circuit Court. Morgan County; O. Kyle, Judge. J. Q. Smith, Atty. Gen., for the State.

MERRITT, J. Appeal dismissed on motion of the Attorney General.

(84 South. 927)

SULLIVAN v. STATE. (6 Div. 612.) (Court of Appeals of Alabama. Nov. 27, 1919.) Appeal from Circuit Court, Tuscaloosa County; Henry B. Foster, Judge. J. Q. Smith, Atty. Gen., for the State.

BRICKEN, P. J. Appeal dismissed.

(87 South. 927)

TATUM v. STATE. (5 Div. 324.) (Court of Appeals of Alabama. Dec. 14, 1920.) Appeal from Circuit Court, Elmore County; B. K. McMorris, Judge. J. Q. Smith, Atty. Gen., for the State.

PER CURIAM. Appeal dismissed on motion of Attorney General.

(81 South. 895)

TENNESSEE COAL IRON & R. CO. v. BROWN. (6 Div. 525.) (Court of Appeals of Alabama. Jan. 14, 1919.) Appeal from Circuit Court, Jefferson County; John C. Pugh, Judge. Percy, Benners & Burr, of Birmingham, for appellant. Edgar Allen, of Birmingham, for appellee.

BRICKEN, J. Settled between the parties and appeal dismissed by appellant.

(82 South. 895)

THREAT v. STATE. (8 Div. 658.) (Court of Appeals of Alabama. June 17, 1919.) Appeal from Circuit Court, Limestone County; Robert C. Brickell, Judge. W. R. Walker, of Athens, for appellant. J. Q. Smith, Atty. Gen., for the State.

SAMFORD, J. Reversed and remanded, on the authority of Jesse Perry v. State, ante, p. 80, 81 South. 858.

(85 South. 927)

TOMLIN v. SHOWS. (4 Div. 606.) (Court of Appeals of Alabama. Jan. 22, 1920.) Appeal from Circuit Court, Crenshaw County; A. E. Gamble, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

(81 South. 895)

VAN v. DICKEY. (8 Div. 627.) (Court of Appeals of Alabama. May 22, 1919.) Appeal from Circuit Court, Madison County; R. C. Brickell, Judge. R. E. Smith, of Huntsville, for appellee.

PER CURIAM. Appeal dismissed for want of prosecution.

(81 South. 895)

VAUGHN v. KING. (6 Div. 537.) (Court of Appeals of Alabama. May 6, 1919.) Appeal from Circuit Court, Jefferson County; John C. Pugh, Judge. George E. Bush, of Birmingham, for appellant. Edward Jenkins and W. M. Woodall, both of Birmingham, for appellee.

BRICKEN, J. Affirmed on certificate.